In the Matter of COLONIAL DISCOUNT Co., INC., Appellant, against JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Respondent.

(Submitted October 5, 1932; decided October 25, 1932.)

*Joseph B. Quinlan* for appellant.
*Jules Haberman* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.   Not sitting: POUND, Ch. J., and CROUCH, J.